MICHAEL LINDSAY (CA BAR NO. 110845)
mlindsay@nixonpeabody.com
MICHAEL CURTIS (CA BAR NO. 252392)
mcurtis@nixonpeabody.com
ERIN HOLYOKE (CA BAR NO. 288137)
eholyoke@nixonpeabody.com
NIXON PEABODY LLP
555 West Fifth Street, 46th Floor
Los Angeles, California 90013-1010
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS, THE
PERMANENTE MEDICAL GROUP, INC., KAISER
FOUNDATION HEALTH PLAN, INC., AND
SOUTHERN CALIFORNIA PERMANENTE
MEDICAL GROUP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ESTRADA, ROBERT HERNANDEZ, ARMANDO SANCHEZ, STEVEN SPERLING, MARCELINA CALL and SHIRLEY NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., KAISER FOUNDATION HEALTH PLAN, INC., and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, inclusive,<br><br>*Defendants.* | Case No. 14-CV-04465<br><br>[~~PROPOSED~~] ORDER ENTERING JUDGMENT<br><br>Judge:   Honorable Donna M. Ryu |

The Court, (1) having ordered Plaintiffs Danielle Estrada, Robert Hernandez, Armando Sanchez, Steven Sperling, Marcelina Call and Shirley Nelson ("Plaintiffs") to file an amended complaint by January 15, 2015 or have the action dismissed on the merits; (2) the Plaintiffs' failing to file an amended complaint by January 15, 2015, and (3) having considered the Request for Entry of Judgment filed by Defendants Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., Kaiser Foundation Health Plan, Inc., and Southern California Permanente Medical Group ("Defendants"), hereby GRANTS Defendants' Request for Entry of Judgment and orders as follows:

1. That the Complaint filed by Plaintiffs against Defendants be dismissed in its entirety with prejudice and judgment is hereby entered in favor of Defendants.

IT IS SO ORDERED.

DATED: January 23, 2015

_____
MAGISTRATE JUDGE DONNA M. RYU
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA